**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
PLEASANT HILLS ASSOCIATES, L.P.,                                 :    Case No. 14-_____ (_____)
                                                                 :
               Debtor.[1]                                        :
---------------------------------------------------------------- :
                                                                 x

**LIST OF CREDITORS**
**HOLDING 20 LARGEST UNSECURED CLAIMS**

       The debtor and debtor in possession in this chapter 11 case (the "Debtor") filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Below is a list of the 20 largest unsecured creditors of the Debtor (the "Top 20 List"). The Top 20 List is based on the Debtor's books and records as of approximately July 8, 2014 and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor.

| Name of Creditor | Mailing Address | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Restoration Management Services, Inc. | 1800 Columbus Ave. Pittsburgh, PA 15233 | Attn: Brandon Szpara (412) 231-1952 1800 Columbus Ave. Pittsburgh, PA 15233 | Trade Debt | $129,992.39 |
| Snow Asset Management, Inc. | 287 Hunting Ridge Rd. Stamford, CT 06903 | Attn: Erica Arbron President Telephone: (203) 322-7170 287 Hunting Ridge Road Stamford, CT 06903 | Insurance Premium | $112,550.49 |
| Avison Young – Pittsburgh | 20 Stanwix St. Suite 401 Pittsburgh, PA 15222 | Attn: James Kelly Telephone: (412) 944-2133 20 Stanwix St. Ste. 401 Pittsburgh, PA 15222 | Trade Debt (Disputed/ Contingent/ Unliquidated) | $42,690.24 |

---

[1] The last four digits of Pleasant Hills Associates, L.P.'s tax identification number are 5153. The address for Pleasant Hills Associates, L.P. is 870 5th Avenue, Suite 20C, New York, NY 10065-4907.

DM3\2955212.1

| Name of Creditor | Mailing Address | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Paul & Heidi Thompson d/b/a Plum Circle Books | 1443 Regency Drive Clairton, PA 15025 | Attn: Paul & Heidi Thompson Telephone: (412) 974-1502 1443 Regency Drive Clairton, PA 15025 | Tenant Debt (Disputed/ Contingent/ Unliquidated) | $27,175.50 |
| People Gas f/k/a Equitable Gas Company | PO Box 6766 Pittsburgh, PA  15212 | Attn: Bankruptcy Dept. Fax: (412) 395-2596 PO Box 6766 Pittsburgh, PA  15212 | Trade Debt | $1,154.21 |
| Pennsylvania State Workers' Insurance Fund | 100 Lackawanna Ave PO Box 5100 Scranton, PA 18505-5100 | Attn: Legal Dept. Telephone: (570) 963-4635 100 Lackawanna Ave PO Box 5100 Scranton, PA 18505-5100 | Trade Debt | $466.00 |
| Terminex International | PO Box 742592 Cincinnati, OH 45274-2592 | Attn: Legal Dept. Telephone: (412) 220-1170 PO Box 742592 Cincinnati, OH 45274-2592 | Trade Debt | $39.59 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
PLEASANT HILLS ASSOCIATES, L.P.,                             :   Case No. 14-_____ (____)
                                                             :
    Debtor.[1]                                               :
                                                             :
------------------------------------------------------------ x

DECLARATION REGARDING LIST
OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Jay Marc Schwamm, President of Redafco, Inc., General Partner of Pleasant Hills Associates, L.P., the debtor and debtor in possession in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Dated: July 9, 2014

                                      PLEASANT HILLS ASSOCIATES, L.P.

                                      BY: REDAFCO, INC.
                                      Sole Remaining General Partner

                                      By: _____
                                      Name: Jay Marc Schwamm
                                      Title: President

---

[1] The last four digits of Pleasant Hills Associates, L.P.'s tax identification number are 5153. The address for Pleasant Hills Associates, L.P. is 870 5th Avenue, Suite 20C, New York, NY 10065-4907.